**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| MATTHEW LEONARD, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Cause No. 2:15-CV-4139 |
| DELAWARE NORTH COMPANIES SPORT SERVICE, INC., | ) ) ) ) | |
| Defendant. | ) | |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant Delaware North Companies Sportservice, Inc. (identified mistakenly in Plaintiff's Complaint as "Delaware North Companies Sport Service, Inc."), by its counsel and pursuant to Fed. R. Civ. P. 7.1, hereby states that it is a wholly-owned subsidiary of Delaware North Companies, Inc., which has no parent company and is 100% privately owned.  Therefore, no publicly held corporation owns 10% or more of Defendant's stock.

DATED: June 26, 2015

Respectfully submitted,

DEFENDANT, DELAWARE NORTH
COMPANIES SPORTSERVICE, INC.,

By Its attorneys:

By Its attorneys:

*/s/ Douglas W. King*_____
Douglas W. King - #34242MO
Mark J. Bremer - #24696MO
  (*pro hac vice* anticipated)
Kevin Anthony Sullivan - #55140MO
  (*pro hac vice* anticipated)
SHANDS, ELBERT, GIANOULAKIS &
GILJUM, LLP
1 North Brentwood Blvd., Suite 800
St. Louis, MO  63105
Telephone:  (314) 241-3963
Fax:  (314) 241-3963
dking@shandselbert.com
mbremer@shandselbert.com
ksullivan@shandselbert.com

*/s/ Richard A. Alfred*_____
Richard A. Alfred (*pro hac vice* anticipated)
Anthony S. Califano (*pro hac vice* anticipated)
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, Massachusetts  02210
Telephone:  (617) 946-4800
Fax:  (617) 946-4801
ralfred@seyfarth.com
acalifano@seyfarth.com

*/s/ Alexander J. Passantino*_____
Alexander J. Passantino (*pro hac vice* anticipated)
SEYFARTH SHAW LLP
975 F. Street, N. W.
Washington, D.C. 20004
Telephone:  (202) 463-2400
Fax:  (202) 828-5393
apassantino@seyfarth.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of June, 2015, a copy of the foregoing document was filed electronically through the Court's ECF system and served by first class mail, postage pre-paid, on the following counsel for Plaintiffs:

Ryan M. Paulus
Hollingshead, Paulus & Eccher
8350 N. St. Clair Ave., Suite 225
Kansas City, MO 64151

Jeremy D. Hollingshead
Hollingshead, Paulus & Eccher
7777 Bonhomme Ave, Suite 2400
Saint Louis, MO 63105

*/s/ Douglas W. King*_____

2