# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MATTHEW LEONARD, <br> On behalf of himself and <br> all others similarly situated, <br><br> Plaintiff(s), <br><br> vs. <br><br> DELAWARE NORTH COMPANIES <br> SPORT SERVICE, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 4:15-cv-01356-CDP <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANT'S DISCLOSURE OF ORGANIZATIONAL INTERESTS

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Rule 7.1 of the Federal Rules of Civil Procedure, counsel of record for Defendant Delaware North Companies Sportservice, Inc. (identified mistakenly in Plaintiff's Complaint as "Delaware North Companies Sport Service, Inc."), hereby disclose the following organizational interests:

1. Defendant's parent companies or corporations:

    Defendant is a wholly-owned subsidiary of Delaware North Companies, Inc.

2. Subsidiaries not wholly owned by Defendant:

    KC American Sportservice, LLC.

3. Any publicly held corporation that owns 10% or more of Defendant's stock:

    None.

| | |
|---|---|
| DATED: September 9, 2015 | Respectfully submitted,<br><br>DEFENDANT, DELAWARE NORTH COMPANIES SPORTSERVICE, INC.,<br><br>By Its attorneys: |
| /s/ Mark J. Bremer<br>Mark J. Bremer - #24696MO<br>Kevin Anthony Sullivan - #55140MO<br>SHANDS, ELBERT, GIANOULAKIS & GILJUM, LLP<br>1 North Brentwood Blvd., Suite 800<br>St. Louis, MO 63105<br>Telephone: (314) 241-3963<br>Fax: (314) 241-2509<br>mbremer@shandselbert.com<br>ksullivan@shandselbert.com | /s/ Richard L. Alfred<br>Richard L. Alfred (*pro hac vice* anticipated)<br>SEYFARTH SHAW LLP<br>Two Seaport Lane, Suite 300<br>Boston, Massachusetts 02210<br>Telephone: (617) 946-4800<br>Fax: (617) 946-4801<br>ralfred@seyfarth.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2015, a true and accurate copy of the foregoing document was filed electronically through the Court's CM/ECF system, and therefore, will be transmitted to all counsel of record by operation of the Court's CM/ECF system.

/s/ Mark J. Bremer